AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
At Albuquerque NM
JUN 2 0 2016
MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>Antonio Manuel HERNANDEZ<br><br>Defendant(s) | Case No. 16-MJ-2729 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  6/17/2016  in the county of Bernalillo  in the Judicial District of New Mexico, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1), (b)(1)(A) | Possession of more than 500 grams of a mixture or substance containing a detectable amount of Methamphetamine With Intent to Distribute |

This criminal complaint is based on these facts:

*** SEE ATTACHED AFFIDAVIT ***

☑ Continued on the attached sheet.

_____
Complainant's signature

Jarrell W. Perry, Special Agent DEA
Printed name and title

Sworn to before me and signed in my presence.

Date: June 15, 2016

City and state: Albuquerque, New Mexico

_____
Judge's signature

KAREN B. MOLZEN
U.S. MAGISTRATE JUDGE
Printed name and title

**AFFIDAVIT**

On June 17, 2016, Drug Enforcement Administration (DEA) Special Agent (S/A) Jarrell W. Perry and DEA S/A Gerald Maestas were at the Greyhound Bus Station, 320 First Street, Albuquerque, New Mexico to meet the eastbound Greyhound Bus which makes a regularly scheduled stop in Albuquerque, New Mexico.

S/A Perry approached a male, later identified as Antonio Manuel HERNANDEZ, who was seated in his respective seat on the Greyhound Bus. S/A Perry displayed his DEA badge to HERNANDEZ, identified himself as a police officer to HERNANDEZ, asked for and received permission to speak with HERNANDEZ.

S/A Perry immediately observed a large bundle lying inside of the gray sweatpants that HERNANDEZ was wearing in his lower abdomen area. S/A Perry knew from his experience that the large bundle was consistent with other bundles that S/A Perry had observed in the past concealed on passenger's bodies that contained illegal narcotics. S/A Perry asked HERNANDEZ to lift up the bottom of his shirt that he was wearing and HERNANDEZ lifted up the bottom of his shirt which revealed a different black taped bundle concealed to his stomach area. S/A Perry knew from his experience that the bundle and concealment method were consistent with illegal narcotics.

S/A Perry handcuffed HERNANDEZ, thus placing him under arrest. HERNANDEZ was transported to the Drug Enforcement Administration (DEA) Albuquerque District Office (ADO).

At the DEA ADO, two black taped bundles were removed from HERNANDEZ's stomach area and lower midsection by DEA S/A David Nutley and DEA Task Force Officer (TFO) Oscar Villegas. S/A David Nutley and S/A Villegas cut into the bundles, which revealed a clear crystal like substance that field-tested positive for the presence of methamphetamine. S/A Nutley and TFO Villegas weighed the bundles for a total weight

of approximately 2.55 gross kilograms.  S/A Perry knew from his experience that this amount is consistent with distribution rather than a personal use amount.

Post Miranda, HERNANDEZ said that he had methamphetamine concealed to his body and that he was to be paid $2,000.00 to $2,500.00 for transporting the methamphetamine from Phoenix, Arizona to Amarillo, Texas.

This affidavit is submitted for the limited purpose of providing probable cause to support the attached criminal complaint.

_____
Jarrell W. Perry
Special Agent
Drug Enforcement Administration

_____
Chief United States Magistrate Judge